DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LUIS BURGOS,** an individual,
Appellant,

v.

**S.E.A.L. AVIATION, LLC,** a Florida limited liability company,
Appellee.

No. 4D19-342

[November 7, 2019]

Appeal of non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. CACE-17-013908.

Laura E. Burgess of L.E. Burgess, P.A., Miami, for appellant.

Bruce D. Green of Bruce D. Green, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***